FILED

2026 Jan-07  PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/SMJ: Jan. 2026
HBO GJ# 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **STUART JEFFERY SANDROCK,** | ) |
| *a/k/a "George Francis O'Connor"* | ) |

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this indictment:

1.     Defendant **STUART JEFFERY SANDROCK,** *a/k/a "George Francis O'Connor,"* was an individual residing in Jackson County, Alabama, within the Northern District of Alabama.

2.     SANDROCK was convicted on May 7, 1993, of Solicitation to Commit Murder; Possession or Transport of a Machine Gun; and Possession of Controlled Substance, in the Superior Court of California, County of San Diego in case number CR136018.  SANDROCK was further convicted on May 9, 2007, of Possession of a Firearm by a Felon; Convicted Person Having a Concealed Firearm in Vehicle; Convicted Person Carrying a Loaded Firearm on One's Person; and Person Prohibited Owning/Possessing Ammunition, in the Superior Court of California,

County of San Diego in case number SCD202719.  Each of these offenses was a crime punishable by imprisonment for a term exceeding one year.

3.      Stevenson Gun and Supply, LLC, located in Stevenson, Alabama, which is in Jackson County, was a federally licensed firearms dealer maintaining a selection of firearms and ammunition for sale at its retail store.

4.      Northeast Alabama Firearms and Tactics, LLC, located in Ider, Alabama, which is in Dekalb County, was a federally licensed firearms dealer maintaining a selection of firearms and ammunition for sale at its retail store.

5.      "Federal Form 4473" is a Firearms Transaction Record required by the Bureau of Alcohol, Tobacco, Firearms and Explosives to be completed when a person proposes to purchase or transfer a firearm from a federally licensed firearms dealer.

**COUNTS ONE through SEVEN:**
**Making a False Statement During the Purchase of a Firearm**
**[18 U.S.C. §§ 922(a)(6) and 924(a)(2)]**

6.      The Grand Jury adopts and incorporates the allegations contained in Paragraphs One through Five of this Indictment as if specifically stated herein.

7.      On or about the date specified below for each Count, in Jackson County and Dekalb County as specified by the location described below for each Count, within the Northern District of Alabama, the defendant,

**STUART JEFFERY SANDROCK,**
*a/k/a "George Francis O'Connor,"*

2

in connection with the acquisition of a firearm as specified below for each Count, from a federally licensed firearms dealer as specified below for each Count, knowingly made a false and fictitious oral and written statement to an employee of each dealer, which statement was intended and likely to deceive each dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant, in that SANDROCK did execute a Federal Form 4473, to the effect that he had never been convicted in any court of a felony, and imprisoned for more than one year, when in fact as defendant SANDROCK then knew, he had such previous convictions, that is, the crimes set forth in Paragraph Two of this Indictment.

| Count | Date | Firearm | Location |
|---|---|---|---|
| 1 | 06/08/2021 | one Springfield, XD45, .45 caliber pistol | Stevenson Gun and Supply, LLC |
| 2 | 07/20/2021 | one Taurus, G2C, 9MM pistol | Stevenson Gun and Supply, LLC |
| 3 | 03/05/2024 | three Century Arms BP12, 12 GA shotguns, each having a separate and distinct serial number from each other, and one Rock Island Arms VRF14, 12 GA shotgun. | Northeast Alabama Firearms and Tactics, LLC |
| 4 | 03/13/2024 | one GSG (German Sports Gun), Firefly, .22LR pistol, and one Ruger, Security 9, 9mm pistol. | Northeast Alabama Firearms and Tactics, LLC |
| 5 | 03/28/2024 | two Palmetto State Armory, Stealth, multi-caliber lower receivers, each having a separate and distinct serial number from each other, and one Palmetto State Armory, PA10, .308 lower receiver. | Northeast Alabama Firearms and Tactics, LLC |
| 6 | 08/29/2024 | nine Palmetto State Armory, M4A1, lower receivers, each having a separate and distinct serial number | Northeast Alabama Firearms and Tactics, LLC |

| | | | |
|---|---|---|---|
| | | from each other, and one American Tactical, Nomad, 12 GA Shotgun. | |
| 7 | 03/11/2025 | two Palmetto State Armory, PA10, multi-caliber, lower receivers, each having a separate and distinct serial number from each other, and one Palmetto State Armory, RK01, 5.7 caliber, pistol. | Northeast Alabama Firearms and Tactics, LLC |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT EIGHT:**
**Felon in Possession of a Firearm**
**[18 U.S.C. § 922(g)(1)]**

8.    The Grand Jury adopts and incorporates the allegations contained in Paragraphs One through Five of this Indictment as if specifically stated herein.

9.    On or about June 16, 2025, in Jackson County, within the Northern District of Alabama, the defendant,

**STUART JEFFERY SANDROCK,**
*a/k/a "George Francis O'Connor,"*

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, the crimes set forth in Paragraph Two of this Indictment, knowingly possessed a firearm as specified below, and the firearm was in and affecting interstate and foreign commerce.

| Item | Firearm |
|---|---|
| 1 | Palmetto State Armory PA-15 Rifle, having a separate and distinct serial number |

4

| | |
|---|---|
| 2 | Palmetto State Armory PA-15 Rifle, having a separate and distinct serial number |
| 3 | Sig Sauer Mosquito .22 Pistol |
| 4 | Winchester Model 1907 SL |
| 5 | Centurion BP-12 12 GA Shotgun |
| 6 | M 10 45 Auto |
| 7 | American Tactical Nomad 12 GA Shotgun |
| 8 | Ruger 10/22 .22 LR |
| 9 | Mossberg 930 12 GA Shotgun |
| 10 | L.C. Smith Double Barrel Shotgun |
| 11 | Bolt Action Long Gun with wood stock |
| 12 | Para-Ordnance P12 .45 |
| 13 | Unmarked AR 300 Black Out |
| 14 | Century Arms Inc. AKMS 7.62 x 39mm |
| 15 | Palmetto Armory G3-10 |
| 16 | Bushmaster AR 5.56 |
| 17 | Anderson MFG AM-15 |
| 18 | 37mm Launcher |
| 19 | Winchester Ranger 30-30 |
| 20 | Remington 700 .308 |
| 21 | Remington 700 AAC-SD |
| 22 | U.S. Rifle M-14 7.62mm |
| 23 | Ruger Precision 300 WIN MAG |
| 24 | Heckler & Koch Shotgun with Benelli bolt |
| 25 | Model Ten Series B Police Shotgun |
| 26 | Ruger .22 Cal Single Six |
| 27 | Walther P22 .22 Cal |
| 28 | Detonics .45 |
| 29 | Springfield Armory Compact .45 |
| 30 | American Tactical GSG Fire Fly .22 |
| 31 | Springfield Armory 1911-A1 |
| 32 | IAI 380 9mm Kurz Back Up |
| 33 | RIA-USA MFG. VRF-14 12 ga. |

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNTS NINE and TEN:**
**Receipt or Possession of Unregistered Firearm**
**[26 U.S.C. §§ 5841, 5861(d), and 5871]**

10.   The Grand Jury adopts and incorporates the allegations contained in Paragraphs One through Five of this Indictment as if specifically stated herein.

11.   On or about June 16, 2025, in Jackson County, within the Northern District of Alabama, the defendant,

**STUART JEFFERY SANDROCK,**
*a/k/a "George Francis O'Connor,"*

knowingly received and possessed a firearm, that is: two Palmetto State Armory PA-15 Rifles, both with a barrel less than 16 inches, each having a separate and distinct serial number, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### FIRST NOTICE OF FORFEITURE
**[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]**

1.   The allegations contained in Paragraphs One through Five and Counts One through Ten of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(a)(6) and (g)(1) set forth in Counts One through Seven and Count Eight of this Indictment, the defendant,

**STUART JEFFERY SANDROCK,**
*a/k/a "George Francis O'Connor,"*

shall forfeit to the United States any firearms and ammunition involved in the

commission of the offenses, including, but not limited to:

1. Palmetto State Armory PA-15 Rifle, serial number: SCNL012996.
2. Palmetto State Armory PA-15 Rifle, serial number: SCNL012997.
3. Sig Sauer Mosquito .22 Pistol, serial number: F258034. With three (3) magazines.
4. Winchester Model 1907 SL, serial number: 17779.
5. Centurion BP-12 12 GA Shotgun, serial number: 23US-15441. With magazine.
6. M 10 45 Auto, serial number: SAP45532.
7. American Tactical Nomad 12 GA Shotgun. S/N: 12SB24-000101.
8. Ruger 10/22 .22 LR, serial number: 0011-16597. With magazine. Center Point Scope, serial number: 616A00295.
9. Mossberg 930 12 GA Shotgun, serial number: AF142179.
10. L.C. Smith Double Barrel Shotgun. Unserialized.
11. Bolt Action Long Gun with wood stock. Unserialized.
12. Para-Ordnance P12 .45. With magazine, serial number: QF1530.
13. Unmarked AR 300 Black Out. Unserialized. With tact light.
14. Century Arms Inc. AKMS 7.62 x 39mm, serial number: KMS08402.
15. Palmetto Armory G3-10, serial number: LJ019322. With Leupold Scope.
16. Bushmaster AR 5.56, serial number: L308635.
17. Anderson MFG AM-15, serial number: 19297106.
18. 37mm Launcher.
19. Winchester Ranger 30-30, serial number: 6051129.
20. Remington 700 .308, serial number: G6981276.
21. Remington 700 AAC-SD, serial number: RR74674C. With Leatherwood Scope, serial number: 03214.
22. U.S. Rifle M-14 7.62mm, serial number: 002300.
23. Ruger Precision 300 WIN MAG, serial number: 1804-17994. With magazine.
24. Heckler & Koch Shotgun with Benelli bolt, serial number: M059735.
25. Model Ten Series B Police Shotgun, serial number: 3221233.
26. Ruger .22 Cal Single Six, serial number: 20-26140.
27. Walther P22 .22 Cal, serial number: WA155530. With magazine.
28. Detonics .45, serial number: 4579. With magazines.
29. Springfield Armory Compact .45, serial number: N322484. With magazine.
30. American Tactical GSG Fire Fly .22, serial number: F516128. With three (3) magazines and box.

31. Springfield Armory 1911-A1, serial number: WW50466. With three (3) magazines and suppressor in green box.
32. IAI 380 9mm Kurz Back Up, serial number: M09264. With magazine.
33. RIA-USA MFG. VRF-14 12 ga, serial number: 21-01020. With magazine and case.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

## SECOND NOTICE OF FORFEITURE
**[26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)]**

1. The allegations contained in Paragraphs One through Five and Counts One through Ten of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 set forth in Counts Nine and Ten of this Indictment, the defendant,

**STUART JEFFERY SANDROCK,**
*a/k/a "George Francis O'Connor,"*

shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Palmetto State Armory PA-15 Rifle, serial number: SCNL012996, and a Palmetto State Armory PA-15 Rifle, serial number: SCNL012997.

8

All pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

A TRUE BILL


_____*/s/ electronic signature*_____
FOREPERSON OF THE GRAND JURY


PRIM F. ESCALONA
United States Attorney


_____*/s/ electronic signature*_____
SARA M. JUDAH
Assistant United States Attorney

9